| | |
|---|---|
| 1 | ALEX G. TOVARIAN, CA SBN 264547 |
| 2 | alex@tovarianlaw.com<br>**LAW OFFICE OF ALEX TOVARIAN** |
| 3 | 850 Montgomery Street, Suite 300<br>San Francisco, CA 94133 |
| 4 | Telephone: (415) 984-9990 |
| 5 | Facsimile: (415) 520-5830 |
| 6 | *Attorneys for Plaintiff Aram Sargsyan*<br>*Additional Counsel Listed on Next Page* |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
(EASTERN DIVISION)

| | |
|---|---|
| ARAM SARGSYAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EMPIRE TWIN PALMS, LLC; A1, A CA COMMERCIAL CANNABIS ASSOCIATION, INC.,<br><br>Defendants. | No. 5:21-cv-00122-JWH-KK`<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)**<br><br>Complaint Filed: January 22, 2021<br>Trial Date: Not set |

**[CONTINUED LIST OF COUNSEL]**

**RAINES FELDMAN LLP**
John S. Cha (State Bar No. 129115)
jcha@raineslaw.com
Nathan M. Carle (State Bar No. 304846)
ncarle@raineslaw.com
18401 Von Karman Ave., Suite 360
Irvine, California 92612
Telephone: (310) 440-4100
Facsimile: (424) 239-1613

*Attorneys for Defendants Empire Twin Palms, LLC;*
*and A1, a CA Commercial Cannabis Association, Inc.*

---

**SARGSYAN V. EMPIRE TWIN PALMS, LLC, ET AL.**
**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

1  PLAINTIFF, ARAM SARGSYAN, BY AND THROUGH HIS COUNSEL OF RECORD
2  AND EMPIRE TWIN PALMS, LLC; A1, A CA COMMERCIAL CANNABIS ASSOCIATION,
3  INC., BY AND THROUGH THEIR COUNSEL OF RECORD, HEREBY STIPULATE AS
4  FOLLOWS:

Pursuant to Federal Rules of Civil Procedure, Rules 41(a)(1)(A)(ii) and 41(a)(1)(B), Plaintiff, Aram Sargsyan, and Defendants Empire Twin Palms, LLC; A1, a CA Commercial Cannabis Association, Inc. submit this joint stipulation to request the dismissal of all claims asserted against all Defendants with prejudice, each party to bear their own attorneys' fees and costs.

DATED: November 5, 2021        **LAW OFFICE OF ALEX TOVARIAN**

By: _____
Alex G. Tovarian
*Attorneys for Plaintiff*

DATED: November 5, 2021        **RAINES FELDMAN LLP**

By: _____J. S. Cha_____

John S. Cha
*Attorneys for Defendants*